# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CRUZ SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX, et al,<br><br>Respondents. | Case No. 1:26-cv-07241-JLT-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(ECF No. 12) |

Before the Court is Respondents' motion for an extension of time to file a response to the petition due to counsel reassignment and because additional time is needed to receive requested documents. (ECF No. 12.)

Good cause appearing, the Court HEREBY ORDERS that Respondent is GRANTED to and including October 5, 2026 to file the response.

IT IS SO ORDERED.

Dated: **October 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE