# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CRUZ SANCHEZ,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX, et al,<br>Respondents. | Case No. 1:26-cv-07241-KES-EPG-HC<br>ORDER GRANTING PETITIONER'S MOTION TO DEEM TRAVERSE TIMELY FILED<br>(ECF No. 17) |

Before the Court is Petitioner's motion to deem traverse timely filed. (ECF No. 17.) On October 5, 2026, Respondents filed a response to the petition, (ECF No. 15), and per the Court's briefing schedule, (ECF No. 9), a traverse was due within fourteen days of date of service. Counsel for Petitioner states that she did not receive electronic notice of Respondents' response or of any other filing after the case was opened because for some reason the CM/ECF system did not designate Petitioner's counsel as an electronic-notice recipient in this case. Counsel downloaded the response on October 20, 2026, and filed the traverse the next day on October 21, 2026. (ECF No. 17 at 3.)

Good cause appearing, Petitioner's motion to deem traverse timely filed (ECF No. 17) is GRANTED.

IT IS SO ORDERED.

Dated: **October 22, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE